IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BALENTIN QUINTERO,

Defendant.

CR NO: 2:26-mj-00098-JDP

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Balentin Quintero, XREF No. 5063179

Detained at: Sacramento County Jail, 651 I Street, Sacramento, CA

Detainee is: a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
charging detainee with: Distribution of controlled substances (5 counts)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, including service of any federal prison sentence imposed in this case.

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature: /s/ *Nicole Vanek*
Printed Name & Phone No: AUSA Nicole Vanek – 916-554-2727
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 21, 2026

[signature]
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Balentin Daniel Quintero | ☒Male | ☐Female |
| Booking or CDC #: | XREF No. 5063179 | DOB: | 8/20/1998 |
| Facility Address: | Sacramento County Jail, 651 I Street, Sacramento, CA 95814 | Race: | Hispanic |
| Facility Phone: | 916-874-6752 | FBI#: | RF0XKELN7 |
| Currently | In County custody on state charges | | |

## RETURN OF SERVICE

Executed on: ______________________ ______________________
(signature)