UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 27, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BALENTIN QUINTERO ,

Defendant.

Case No. 2:26-cr-00132-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BALENTIN QUINTERO, Case No. 2:26-cr-00132-DC, Charge 21 USC § 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

X Unsecured Appearance Bond $ 40,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The defendants release is delayed until 07/29/2026 at 9:00 AM.

Issued at Sacramento, California on July 27, 2026 at 3:00 PM.

By: Allison Claire

Magistrate Judge Allison Claire