DANICA MAZENKO #330710
2443 Fair Oaks Blvd #486
Sacramento, CA 95825
Tel: (619) 669-5693
DMazenkoLaw@gmail.com

Attorney for Defendant
BALENTIN QUINTERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BALENTIN QUINTERO,<br>Defendant. | CASE NO. 2:26-CR-00132-DC<br><br>STIPULATION TO VACATE STATUS ON RESIDENTIAL PLAN; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant's Detention Hearing was held on July 27, 2026. ECF 43. Defendant was ordered released to inpatient rehabilitative treatment. ECF 44.
2. A Status Conference re Residential Plan was set for October 13, 2026. ECF 43. The Status conference was reset for October 13, 2026 at 2:00 before Magistrate Judge Carolyn K. Delaney. ECF 61.
3. On October 7, 2026, all parties communicated with the Assigned Pre Trial Services Officer, Monica Bentley, who approved Mr. Quintero's proposed residential plan.
4. The proposed residential plan, as approved by Ms. Bentley, the assigned Pretrial Officer, follows.

   a. On October 7, 2026, Pretrial Services spoke with Mr. Quintero regarding his

residential plan following his completion of WestCare. Mr. Quintero stated that he would like to reside in Sacramento with his significant other, Elena Garcia. Pretrial Services subsequently spoke with Ms. Garcia, who confirmed that he may reside with her.

b. Ms. Garcia confirmed that she is not on probation or parole, that there are no firearms located at her residence, and that she is amenable to Pretrial Services conducting regular home visits. Based on the information provided, Pretrial Services believes this to be a suitable residence.

c. Mr. Quintero is scheduled to graduate from WestCare on October 27, 2026. Pretrial Services directed him to report for an office visit on October 28, 2026, at 10:00am. Ms. Garcia has agreed to transport him to the appointment at the Pretrial Services office that day.

5. A suitable residential plan has been proposed and approved.

6. Mr. Quintero will continue to reside in Fresno, California at WestCare until the completion of his residential term, which is scheduled for completion on October 27, 2026. Leaving the rehabilitative residence to travel to Sacramento and back to attend Court for a Status Conference re: Residential Plan would be unduly disruptive to the final days of treatment and appears to serve little purpose where a plan has already been proposed and approved.

7. The parties move to vacate the Status Conference re: Residential Plan scheduled for October 13, 2026. In the alternative, the parties move to continue the hearing until October 28, 2026, when Mr. Quintero will have completed his residential term, or, if the hearing is held on October 13, 2026, that the Court allow Mr. Quintero to attend the hearing via zoom.

IT IS SO STIPULATED.

Dated: October 7, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: October 7, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
BALENTIN QUINTERO

**ORDER**

IT IS SO FOUND AND ORDERED. The hearing currently set for October 13, 2026 is VACATED.

Dated: October 8, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE